29986. PRITCHETT et al. v. THE STATE.

UNDERCOFLER, Presiding Justice.

On further consideration of this case, this court has reached the conclusion that the application for writ of certiorari was improvidently granted, and accordingly the case is dismissed. *State v. Perry,* 234 Ga. 842.

*Dismissed. All the Justices concur, except Gunter, J., who dissents.*

ARGUED JULY 7, 1975 — DECIDED SEPTEMBER 2, 1975 — REHEARING DENIED SEPTEMBER 16, 1975.

*Skidmore, Barrett & Jenkins, Timothy N. Skidmore,*

*Gerald L. Talansky,* for appellants.
*Ben J. Miller, District Attorney,* for appellee.